THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMES FAURA COTTO, Appellant

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.